IN THE UNITED STATES DISTRICT COURT
FOR THE NORTH DISTIRCT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FANNIE K. BLOODWORTH, <br> TEDRA PRYOR, <br> JULIUS WATSON, and <br> KINA SLAUGHTER, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> OPEN HEARTS PERSONAL <br> CARE HOMES, LLC, and <br> DIANNA A. CLARKSON, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.: <br> 1:17-cv-01373-LMM <br><br> JURY TRIAL REQUESTED |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Approve Settlement Agreement. (Doc. 26). Having considered the Parties' Joint Motion, it is hereby ORDERED that the Motion is GRANTED and the Settlement Agreements (the "Agreements") attached to the parties' Joint Motion are APPROVED. The Court hereby ORDERS that the parties comply with their respective obligations set forth in the Agreement. Plaintiffs' claims are DISMISSED WITH PREJUDICE. The Clerk is INSTRUCTED to CLOSE this case.

IT IS SO ORDERED this 4th day of October, 2017.

_____
THE HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE,
NORTHERN DISTRICT OF GEORGIA